UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION



-FILED-
FEB 22 2024
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CAUSE NO. 2:24CR 12 |
| v. | ) | |
| | ) | 18 U.S.C. § 2252A(a)(2)(A) & (b)(1) |
| ADAM LEE TAYLOR | ) | 18 U.S.C. § 2252A(a)(5)(B) & (b)(2) |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count 1
### (Distribution of Child Pornography)

On or about November 8, 2022, in the Northern District of Indiana and elsewhere,

**ADAM LEE TAYLOR**

did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means or facility of interstate or foreign commerce and that has been transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## Count 2
### (Possession of Child Pornography)

On or about March 23, 2023, in the Northern District of Indiana and elsewhere,

**ADAM LEE TAYLOR**

did knowingly possess material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that was produced using materials that had been mailed, shipped, or transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATIONS

1. The allegations in Counts One and Two of the Indictment are realleged and fully incorporated here for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of an offense in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) or 2252A(a)(5), alleged in the Indictment, the defendant, **ADAM LEE TAYLOR**, shall forfeit to the United States of America:

   a. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

   b. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property.

A TRUE BILL:

/s/ Foreperson
FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: /s/ Zachary D. Heater
Zachary D. Heater
Assistant United States Attorney